LAURA J. NEAL, APPELLEE AND CROSS-APPELLANT, V. SCOTT A.
NEAL, APPELLANT AND CROSS-APPELLEE.

470 N.W.2d 803

Filed June 21, 1991.   No. 89-391.

James R. Place, of Place and Rasmussen, on brief, for
appellant.

Scott A. Neal, pro se.

Ronald E. Frank and Clark J. Vanskiver, of Sodoro, Daly &
Sodoro, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN,
GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

This is an appeal from a dissolution of marriage decree dated
March 31, 1989, entered by the district court for Douglas
County. The sole issue raised by the parties on appeal and
cross-appeal is the amount of alimony awarded the appellee
spouse. Awards of alimony are initially entrusted to the
discretion of the trial court and will not be disturbed on appeal
unless the record establishes that the trial court has abused its
discretion. *Dinovo v. Dinovo, ante* p. 285, 470 N.W.2d 174
(1991). Reviewing the judgment of the trial court de novo on the
record and finding no abuse of discretion, we affirm the
judgment. See *Schulze v. Schulze, ante* p. 81, 469 N.W.2d 139
(1991).

AFFIRMED.